In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property from 2nd Avenue to West 155th Street, and Adjoining Property, Borough of Manhattan, Required for HARLEM RIVER DRIVE. BRADLEY MAHONY COAL CORP. et al., Respondents.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property along Harlem River between 2nd Avenue and East 140th Street, Borough of Manhattan, Required for Improvement of WATERFRONT AND HARBOR. BRADLEY MAHONY COAL CORP., Respondent.

Argued October 14, 1953; decided November 20, 1953.

*Denis M. Hurley, Corporation Counsel (Samuel K. Handel, Harry E. O'Donnell* and *Reuben Levy* of counsel), for appellant.

*Charles Lamb, William A. Lamb, Loretta A. Conway* and *Matthew J. Tackella* for Bradley Mahony Coal Corp., respondent.

*Orrin G. Judd, Saul A. Shames* and *Theodore Miller* for Julianson's Realty Co., Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.